954

**Mitchell A. LEVINSKY, Petitioner,**

v.

**DEPARTMENT OF JUSTICE,**
Respondent.

No. 06–3046.

United States Court of Appeals,
Federal Circuit.

Jan. 11, 2006.

ON MOTION

*ORDER*

Mitchell A. Levinsky moves without opposition for reconsideration of the court's order of December 12, 2005 dismissing his petition for review for failure to pay the docketing fee required by Federal Circuit Rule 52(a)(1). Petitioner having paid the initial docketing fee,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The order of dismissal and the mandate are vacated and recalled, and the petition for review is reinstated.

(2) The certified list from the Merits Systems Protection Board is due on or before February 21, 2006.

**Gloria E. RODRIGUEZ, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
Respondent.

No. 05–3283.

United States Court of Appeals,
Federal Circuit.

Jan. 11, 2006.

Gloria E. Rodriguez, pro se.

ON MOTION

*ORDER*

Upon consideration of Gloria E. Rodriguez's motion to voluntarily dismiss her petition for review,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.